## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **KIETH MORTON, individually and on Behalf of other similarly situated persons,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Case No.  2:20-cv-02556-JWB-KGG** |
| **CITIMORTGAGE, INC.,** | ) ) | |
| **Defendant.** | ) | |

### DEFENDANTS' MOTION FOR ORDER ALLOWING
### <u>OUT-OF-STATE COUNSEL TO APPEAR PRO HAC VICE</u>

Pursuant to D. Kan. Rule 83.5.4, I move that Ketrina G. Bakewell, of the law firm of Bryan Cave Leighton Paisner LLP, be admitted to practice in the United States District Court for the District of Kansas for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that, in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers that are submitted by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion.  I have verified that the information contained in the affidavit is true and accurate.

Dated this 21st day of December, 2020.

USA.602724368.2/SFI

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By:/s/  *Jennifer L. Berhorst*
    W. Perry Brandt,      KS Fed. No. 77842
    Jennifer L. Berhorst,   KS Bar No. 24461
    1200 Main Street, Suite 3800
    Kansas City, MO 64105
    Telephone:(816) 374-3200
    Facsimile:  (816) 374-3300
    perry.brandt@bclplaw.com
    jennifer.berhorst@bclplaw.com

    Ketrina G. Bakewell *(pro hac forthcoming)*
    211 N. Broadway, Suite 3600
    St. Louis, MO 63102
    Telephone: (314) 259-2000
    kgbakewell@bclplaw.com

    and

    Debra Bogo-Ernst *(pro hac forthcoming)*
    Mayer Brown LLP
    71 S. Wacker Drive
    Chicago, IL 60606
    Telephone: (312) 701-7403
    Facsimile: (312) 706-8474
    dernst@mayerbrown.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This certifies that on this 21st day of December, 2020, the foregoing was served via the Court's Electronic Case Filing System to all counsel of record.

s/ Jennifer L. Berhorst
Attorney for Defendant

USA.602724368.2/SFI