IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEITH MORTON, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.,<br><br>Defendant. | Case No. 20-cv-2556-JWB-JPO |

## STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT CITIMORTGAGE, INC.

Plaintiff Keith Morton ("Plaintiff") and Defendant CitiMortgage, Inc. ("CitiMortgage"), in accordance with Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate and agree that Plaintiff's individual claims against CitiMortgage and any all allegations purporting to set forth those claims in the above-captioned case be dismissed and stricken with prejudice, with Plaintiff and CitiMortgage to bear their own costs and attorneys' fees. All claims of Plaintiff against CitiMortgage are hereby dismissed with prejudice. The putative class claims are dismissed without prejudice.

IT IS SO ORDERED.

Dated: _____            Entered By: _____
                                                       Hon. John W. Broomes
                                                       United States District Judge

AGREED TO BY:

/s/ Bradley Wilders

Bradley Wilders

9

Attorney for Plaintiff Keith Morton

/s/ Lucia Nale

Lucia Nale

Attorney for Defendant CitiMortgage, Inc.